IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KENARA VONZELL MCDAVID                                                                 PLAINTIFF

V.                                                                    CIVIL ACTION NO.: 3:18-cv-211-FKB

CITY OF FLOWOOD, MISSISSIPPI, ET AL                                              DEFENDANTS

## ORDER OF RECUSAL

This cause is before the Court, *sua sponte,* for purpose of recusal of F. Keith Ball as the United States Magistrate Judge herein.  Having considered the standards set forth in 28 U.S.C. § 455, the undersigned finds it appropriate to recuse himself from this case.

IT IS, THEREFORE, ORDERED that the undersigned recuses himself from all further proceedings in this case.  This case is hereby reassigned to United States District Judge Carlton W. Reeves.

So ordered this the 22nd  day of June, 2018.

*/s/  F. Keith Ball*
UNITED STATES MAGISTRATE JUDGE